E-FILED
Thursday, 14 October, 2004  04:18:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DIVISION

| | | |
|---|---|---|
| Test Drilling Service Co., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 03-3063 |
| vs. | ) | |
| | ) | |
| The Hanor Company, Inc., et al. | ) | Judge Jean E. Scott, U.S. District Judge |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, PIC USA, INC.'S MOTION TO AMEND SCHEDULING ORDER**

COMES NOW the Defendant, PIC USA, INC., and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and CDIL-LR 16.2, states for its Motion to Amend the Rule 16(b) Scheduling Order, the following:

1. A Scheduling Order pursuant to Rule 16(b) was entered and filed on February 18, 2004.

2. That pursuant to the February 18, 2004 order, a deadline in paragraph 2 required that motions to join parties or to amend the pleadings must be filed by November 1, 2004.

3. That as of the date of this Motion, written discovery is proceeding and Plaintiff has just recently made available, for copying and inspection, documents relating to its Rule 26 disclosure. These documents are not in the possession of Defendants, but are being copied and organized by a document service.

4. That due to the recent disclosure of Rule 26 documents, which as of the date of this Motion have yet to be fully copied and delivered to the Defendants, defendant is without sufficient documentary basis to determine whether additional parties should be named in this case.

5. That as this Defendant is without sufficient factual basis to determine whether additional parties need to be named, the Defendant would be greatly prejudiced if it was unable to file a motion to join other parties or to amend the pleadings after November 1, 2004, given that discovery has proceeded no further than initial Rule 26 disclosure.

6. That Defendant requests a 120 day extension, or until March 1, 2005 within which to file motions to join other parties or to amend the pleadings. That the additional time is necessary due to the lately disclosed Rule 26 documents. Defendant also requests that the fact discovery cutoff date of February 1, 2005 be extended to April 1, 2005. Plaintiff's disclosure of testifying experts is requested to be extended to April 1, 2005.

7. That the request for delay is in no way due to any conduct of the Defendant in the defense of this case.

8. The undersigned has spoken with counsel for Plaintiff, and Plaintiff has no objection to this motion, and agrees with the proposed dates.

9. Defendant is aware that all Defendants are in agreement that the Order should be so amended to allow for additional time to file motions to add additional parties or to amend the pleadings.

WHEREFORE, Defendant, PIC USA, INC., respectfully requests that Number 2 of the February 18, 2004 Scheduling Order requiring that motions to join other parties or to amend the pleadings be filed no later than November 1, 2004, be amended to allow such motions to be filed or amendments to the pleadings to be made by March 1, 2005, that the date for conclusion of fact

discovery on Step 4 be amended to April 1, 2005, and that the date for Plaintiff's disclosure of testifying experts at Step 3 be amended to April 1, 2005.

/s/Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: rgrischow@hinshawlaw.com
Attorney Bar No. 6257514

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 14, 2004, I electronically filed Defendant PIC USA, INC.'s MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**William S Thomas**         Email: thomas@rabbittlaw.com

**Edward W Dwyer**          Email: edwyer@hdzlaw.com

**Thomas Gordon Safley**    Email: tsafley@hdzlaw.com

**Christopher K Snow**      Email: csnow@wtglaw.com

**J Michael Grier**         Email: mgrier@wtglaw.com

and I hereby certify that on October 14, 2004, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**John E Nolan, Hinshaw & Culbertson LLP, 400 S. 9th St., Springfield, IL 62701**

**Richard F Clough**
**Anne Clough**
MCDONALD STRICKLAND & CLOUGH
Public Square
524 N Main
Carrollton, IL 62016

**Kenneth A Slavens**
BROWN & JAMES PC
20th Floor
1010 Market
St Louis, MO 63101

**Daniel C Murray**
**Keith L Gibson**
**William A Geiser**
JOHNSON & BELL LTD
Suite 4100
55 E Monroe St
Chicago, IL 60603

**Curt J Schlom**
**Daniel Tranen**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
120 N LaSalle St
Ste 2600
Chicago, IL 60602

4

5

/s/Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson
400 S. 9th St., Suite 200
Springfield, IL 62701
Phone: 217-528-7375
Fax: 217-528-0075
E-mail: rgrischow@hinshawlaw.com
Attorney Bar No. 6257514

60123952v1 820929