UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), <br><br> Plaintiff, <br><br> vs. <br><br> THE HANOR COMPANY, INC., <br> PIG IMPROVEMENT CO., INC., <br> AGRI-WASTE TECHNOLOGY, INC., <br> TERRACON, INC. D/B/A TERRACON CONSULTANTS, INC., <br> BARRY SMITH ENTERPRISES, INC., <br> LLOYD JONES CONSTRUCTION, <br> ENVIROTECH SERVICES, INC., <br> GSE LINING TECHNOLOGY, INC., AND <br> HOG SLAT, INC. D/B/A HOG SLAT CONSTRUCTION CO., INC., <br><br> Defendants. | No. 03-CV-3063 <br><br> Judge Jeanne E. Scott <br><br> Magistrate Judge Byron G. Cudmore |

FILED
OCT 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## WITHDRAWAL OF DEFENDANT HOG SLAT, INC., d/b/a HOG SLAT CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO AMEND AND FILE ITS CROSS-CLAIMS

COMES NOW Defendant HOG SLAT, INC. d/b/a HOG SLAT CONSTRUCTION CO., INC. (hereinafter "Hog Slat"), by its counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and withdraws its motion for leave to file its cross-claims.

RESPECTFULLY SUBMITTED:
**HOG SLAT, INC. d/b/a HOG SLAT CONSTRUCTION CO., INC.**

_____
By: One of its attorneys

Curt J. Schlom
Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle, Suite 2600
Chicago, IL 60602
312/704-0550

233388.1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a complete and accurate copy of the foregoing was served on:

William S. Thomas
Rabbit, Pitzer & Snodgrass, P.C.
800 Market Street, Suite 2300
St. Louis, MO 63101-2608
*Attorneys for Plaintiff*

Edward Dwyer
Thomas G. Safley
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
*Attorneys for The Hanor Company, Inc.*

Robert E. Gillespie
John Nolan
Raylene D. Grischow
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
*Attorneys for Agri-Waste Technology, Inc. and Pig Improvement Co.*

Kenneth A. Slavens
Samuel Wendt
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
*Attorneys for Envirotech Engineering & Consulting, Inc.*

J. Michael Grier
Christopher K. Snow
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
*Overland Park, Kansas 66210*
Richard F. Clough
Anne N. Clough
McDonald, Strickland & Clough
524 N. Main Street
P.O. Box 71
Carrollton, IL 62016
Attorneys for Terracon, Inc. d/b/a Terracon Consultants, Inc.

Daniel C. Murray
Keith Gibson
Bill Geiser
Johnson & Bell, Ltd.
55 East Monroe Street - Suite 4100
Chicago, IL 60603-5892
*Attorneys for GSE Lining Technology, Inc.*

by: ☐ hand-delivery; ☐ facsimile; and/or ☑ depositing same in the US Mail at 120 N. LaSalle St., Chicago, Illinois 60602 with proper postage prepaid, at or before 5:00 p.m. on this ___ day of October, 2004.

Daniel E. Tranen

-2-

233388.1