E-FILED
Friday, 22 October, 2004  07:06:33 PM
Clerk, U.S. District Court, ILCD


# HINSHAW
& CULBERTSON LLP

October 21, 2004

**ATTORNEYS AT LAW**

400 South Ninth Street
Suite 200
Springfield, IL 62701-1908

217-528-7375
217-528-0075 (fax)
hinshawlaw.com

John M. Waters
Clerk of Court
U.S. District Court
Central District of Illinois
US Courthouse
600 E. Monroe St., Suite 151
Springfield, IL  61701

**FILED**

OCT 2 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:   ECF Registration Form Received in
      Case No. 03-CV-3063

To Whom it May Concern:

   Our office received the enclosed communication directed towards Attorney Robert E. Gillespie. Please be advised that Mr. Gillespie has retired and is no longer currently working with our law firm nor currently involved in the case of <u>Test Drilling Service Company v. The Hanor Company, Inc., et al.</u>, Case No. 2003-CV-3063. As such, would you please remove Robert E. Gillespie from the service list. Please be advised that I will be the attorney of record handling this case, as well as John E. Nolan. Should you have any questions or concerns, please do not hesitate to contact our office.

                            Respectfully yours,

                            HINSHAW & CULBERTSON LLP

                            *Raylene D. Grischow*
                            Raylene DeWitte Grischow
                            rgrischow@hinshawlaw.com

RDG:bb
Enc.

Arizona  California  Florida  Illinois  Indiana  Minnesota  Missouri  New York  Oregon  Wisconsin

60124257v1 820034