# Bi-Petro, Inc.

3150 Executive Park Drive • P.O. Box 19246
Springfield, IL 62794-9246
(217) 535-0181 • Fax (217) 535-2774

November 23, 2004

Hinshaw & Culbertson LLP
Attention: Raylene DeWitte Grischow
400 South 9th Street; Suite 200
Springfield, Illinois 62701

RE: Subpoena for Records
Test Drilling Service Company vs. The Hanor Company, et al
U.S. District Court; 03-CV-3063

Dear Ms. Grischow:

Enclosed are copies of the documents requested in the Subpoena for documents regarding Test Drilling Service Co., and the Belltown Northwest Oil Research & Development Project.

I anticipate this will satisfy the requirements of the subpoena. Our statement is enclosed. Please remit payment at your earliest convenience.

Very truly yours,

BI-PETRO, INC.

*Ellen Cassiday*

Ellen Cassiday
Paralegal

EC/nlp

Enclosures

cc:  U.S. District Court
     Central District of Illinois