# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Test Drilling Service Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Jeanne E. Scott |
| | ) | Case No. 03-3063 |
| | ) | |
| The Hanor Company, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

TO:   All Attorneys of Record
      (See Attached Service List)

The undersigned hereby certifies that ***Subpoena for Records***, was served by enclosing a true copy thereof in an envelope properly sealed, postage prepaid and depositing same in the U.S. mail pursuant to 735 ILCS 5/1-109 on December 7, 2004.

Respectfully submitted,

/s/Christopher K. Snow_____
J. Michael Grier           IL #6275040
Christopher K. Snow        IL #6275951
WARDEN TRIPLETT GRIER
9401 Indian Creek Parkway, Suite 1100
Overland Park, KS 66210
(913) 345-5169; (913) 491-2979 (Facsimile)
Email:  csnow@wtglaw.com

Richard Clough   Illinois Bar No.00463779
Anne Clough      Illinois Bar No. 6272071
McDonald, Strickland & Clough
524 North Main Street
P.O. Box 71
Carrollton, IL  62016
(217) 942-3115; (217) 942-3178 (Facsimile)

*Attorneys for Defendant Terracon, Inc.*

{00068834.DOC;}

## AFFIDAVIT OF SERVICE

      I hereby certify that on December 7, 2004 I electronically filed Defendant Terrcon, Inc.'s CERTIFICAT OF SERVICE of a Subpoena for Business Records with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

| | | |
|---|---|---|
| William Thomas | Email: | Thomas@rabbittlaw.com |
| Edward W. Dwyer | Email: | edwyer@hdzlaw.com |
| Thomas G Safley | Email: | tsafley@hdzlaw.com |
| Raylene DeWitte Grischow | Email: | rgrischow@hinshawlaw.com |

and I hereby certify that on December 7, 2004 I mailed by Unites States Postal Service, the document(s) to the following non-registered participants:

Kenneth A Slavens  
BROWN & JAMES PC  
20th Floor 1010 Market  
St. Louis, MO 63101

Daniel Murray  
Keith Gibson  
William Geiser  
JOHNSON & BELL LTD  
Suite 4100  
55 E. Monroe St.  
Chicago, IL 60603

Curt Schlom  
Daniel Tranen  
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP  
120 N. LaSalle St.  
Suite 2600  
Chicago, IL 60602

                                                /s/Christopher K. Snow_____  
                                                Attorney, Password Participant