**E-FILED**
Thursday, 09 December, 2004  04:42:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 03-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., D/B/A TERRACON CONSULTANTS, INC., ENVIROTECH ENGINEERING & CONSULTING, INC., GSE LINING TECHNOLOGY, INC., and HOG SLAT, INC., D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**THE HANOR COMPANY, INC.'S
CROSS-CLAIM AGAINST ENVIROTECH
SERVICES, INC. AND DEMAND FOR JURY TRIAL**

NOW COMES Defendant THE HANOR COMPANY, INC. ("Hanor"), by its attorneys

HODGE DWYER ZEMAN, and for its Cross-claim against Defendant ENVIROTECH

SERVICES, INC., ("Envirotech"), and Demand for Jury Trial, states as follows:

**CROSS-CLAIM**

1.      Hanor is a North Carolina corporation doing business in Illinois, and the operator

of commercial animal (hog) feeding facilities located in Greene County, Illinois.

2.      Defendant Envirotech is an Oklahoma corporation which provided professional

consulting and design services for the construction of Hanor's facilities located in Greene

County, Illinois.

3.      Defendant Envirotech has consented to the jurisdiction of this court.

4.      Test Drilling Service Co. ("TDS") filed a First Amended Complaint in this matter under Illinois law naming as Defendants inter alia, Envirotech.

5.      TDS's First Amended Complaint alleges that Defendants, including Envirotech, were negligent in a variety of ways that damaged certain equipment TDS owned and damaged its alleged property rights to certain oil leases in Greene County, Illinois.

6.      At the time of the alleged occurrences and at all times relevant hereto, there was in full force and effect in the State of Illinois an Act in relation to Contribution Among Joint Tortfeasors, codified at 740 ILCS 100/1-5 et seq. This Act provides that the right of contribution exists based upon a pro-rata share of culpability.

7.      In the event that Hanor is found liable to the Plaintiff for any amount, then Hanor is entitled to contribution or indemnity in whole or in part from Envirotech.

8.      This court has jurisdiction over this cross-claim under the provisions of 28 U.S.C. §§ 1332 and 1441, and Venue is proper pursuant to 28 U.S.C. § 1391(b) because the site that is the subject of this action is located in the district.

## **HANOR DEMANDS TRIAL BY JURY**

WHEREFORE, Defendant THE HANOR COMPANY, INC. prays that if any liability should attach to Hanor in favor of the plaintiff, which liability is expressly denied, and if any

damages should be awarded in favor of the Plaintiff and against Hanor, then damages should be apportioned between Hanor and Envirotech based upon their pro-rata share of liability in accordance with 740 ILCS 100/1-5 et seq.

Respectfully submitted,

THE HANOR COMPANY, INC.
Defendant,

Dated:  December 9, 2004                    By:/s/ Thomas G. Safley
                                                    One of Its Attorneys

Edward W. Dwyer, #6197577
Thomas G. Safley, #6271422
HODGE DWYER ZEMAN
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois  62705-5776
(217) 523-4900

HANO:003/Fil/Hanor 1st Complaint for Counterclaim against Envirotech

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 9, 2004, THE HANOR COMPANY, INC.'S CROSS-CLAIM AGAINST ENVIROTECH SERVICES, INC. AND DEMAND FOR TRIAL was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the CM/ECF registered counsel.

I also certify that a hard copy of version of the foregoing was mailed to the following non-participants in Electronic Case Filing:

William A. Geiser, Esq.
JOHNSON & BELL LTD
Suite 4100
55 E Monroe Street
Chicago, Illinois  60603

Keith L. Gibson, Esq.
JOHNSON & BELL LTD
Suite 4100
55 E Monroe Street
Chicago, Illinois  60603

Curt J. Schlom, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, Illinois  60602

Samuel M. Wendt, Esq.
Brown & James, P.C.
20th Floor
1010 Market
St. Louis, Missouri  63101

/s/ Thomas G. Safley
Thomas G. Safley, IL Reg. No. 6271422
HODGE DWYER ZEMAN
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois  62705-5776
(217) 523-4900

HANO:003/Fil/COS – Cross-claim - Envirotech