UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| | ) No. 03-CV-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC. D/B/A TERRACON CONSULTANTS, INC., BARRY SMITH ENTERPRISES, INC., LLOYD JONES CONSTRUCTION, ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC., AND HOG SLAT, INC. D/B/A HOG SLAT CONSTRUCTION CO., INC., | )<br>)<br>) Judge Jeanne E. Scott<br>)<br>) Magistrate Judge Byron G.<br>) Cudmore<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## HOG SLAT, INC. AND HOG SLAT CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD A CROSS-CLAIM AGAINST TEST DRILLING SERVICES COMPANY AND FOR LEAVE TO FILE A THIRD PARTY COMLAINT AGAINST DONALD RAMSEY

NOW COME Defendants HOG SLAT, INC. and HOG SLAT CONSTRUCTION COMPANY, INC. (hereinafter "Hog Slat"), by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and moves this Court for leave to amend its Answer to add a cross-claim against Test Drilling Services Company, and for leave to file its cross claim as a third party complaint against Donald Ramsey, the principal of Test Drilling, pursuant to F.R.Civ.P 14 and 15(a), stating as follows:

248897.1

1. Plaintiff Test Drilling Services Company ("Test Drilling") has filed a lawsuit seeking damages for injury to its property including its equipment and oil leases, arising out of purported contamination flowing from two facilities operated by Hanor.

2. Hog Slat has causes of actions against Test Drilling and/or Donald Ramsey arising out their failure to preserve valuable evidence in this litigation. Indeed, Hog Slat has just now learned of the spoliation of this evidence. A copy of this amendment to Hog Slat's Answer, and proposed Third Party Complaint, is attached as Exhibit A.

3. The Court imposed deadline for filing third party actions is March 1, 2005.

4. Pursuant to F.R.Civ.P. 15(a), "leave [to amend a party's pleading] shall be freely given when justice so requires."

5. This motion is not being interposed for any improper purpose and no party will be prejudiced by the filing of Hog Slat's proposed amendment and Third Party Complaint.

6. Hog Slat requests that this Court grant its motion to amend before the March 1, 2005 deadline.

WHEREFORE Defendant Hog Slat respectfully prays that this Court grant its motion and that it be given leave to amend its answer and file its third party complaint prior to March 1, 2005.

-3-

Respectfully submitted,

**HOG SLAT, INC. and HOG SLAT CONSTRUCTION CO., INC.**

By: _____
One of Their Attorneys

Curt J. Schlom
Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER LLP
120 North La Salle Street
26th Floor
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a complete and accurate copy of the foregoing was served on:

William S. Thomas
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821
*Attorneys for Plaintiff*

Edward Dwyer
Thomas G. Safley
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
*Attorneys for The Hanor Company, Inc.*

Robert E. Gillespie
John Nolan
Raylene D. Grischow
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
*Attorneys for Agri-Waste Technology, Inc.
and Pig Improvement Co.*

Kenneth A. Slavens
Samuel Wendt
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
*Attorneys for Envirotech Engineering &
Consulting, Inc.*

J. Michael Grier
Christopher K. Snow
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210

Richard F. Clough
Anne N. Clough
McDonald, Strickland & Clough
524 N. Main Street
P.O. Box 71
Carrollton, IL 62016
*Attorneys for Terracon, Inc. d/b/a
Terracon Consultants, Inc.*

Daniel C. Murray
Keith Gibson
Bill Geiser
Johnson & Bell, Ltd.
55 East Monroe Street - Suite 4100
Chicago, IL 60603-5892
*Attorneys for GSE Lining Technology, Inc.*

by: ☐ hand-delivery; ☐ facsimile; and/or ☒ depositing same in the US Mail at 120 N. LaSalle St, Chicago, Illinois 60602 with proper postage prepaid, at or before 5:00 p.m. on this 18th day of February, 2005.

                                                    Daniel E. Tranen

248897.1

28810.09003

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), <br><br> Plaintiff, <br><br> vs. <br><br> THE HANOR COMPANY, INC., <br> PIG IMPROVEMENT CO., INC., <br> AGRI-WASTE TECHNOLOGY, INC., <br> TERRACON, INC. D/B/A TERRACON CONSULTANTS, INC., <br> BARRY SMITH ENTERPRISES, INC., <br> LLOYD JONES CONSTRUCTION, <br> ENVIROTECH SERVICES, INC., <br> GSE LINING TECHNOLOGY, INC., AND <br> HOG SLAT, INC. D/B/A HOG SLAT CONSTRUCTION CO., INC., <br><br> Defendants, <br><br> vs. <br><br> DONALD RAMSEY, <br><br> Third Party Defendant. | No. 03-CV-3063 <br><br> Judge Jeanne E. Scott <br><br> Magistrate Judge Byron G. Cudmore <br><br> Trial by Jury Demanded |

**HOG SLAT, INC. AND HOG SLAT CONSTRUCTION CO., INC.'S CROSS-CLAIM AGAINST PLAINTIFF TEST DRILLING SERVICES INC. AND THIRD PARTY COMPLAINT AGAINST DONALD RAMSEY FOR SPOLIATION OF EVIDENCE**

NOW COME Defendants HOG SLAT, INC. and HOG SLAT CONSTRUCTION COMPANY, INC. (hereinafter "Hog Slat"), by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and for their cross-claim against Test Drilling Services Company ("Test Drilling) and their third party complaint against Donald Ramsey, state the following:



248525.1

1.  Defendant and Third Party Plaintiff Hog Slat, is a North Carolina corporation doing business in Illinois. It constructed the hog containment facilities located at the two sites at issue in this litigation.

2.  Test Drilling is a corporation doing business in Illinois. It has subjected itself to the jurisdiction of this Court by its previous actions in this case.

3.  Third Party Defendant Donald Ramsey ("Ramsey") is a natural person domiciled in St. Louis, Missouri. His participation in the present litigation, and his activities in Greene County, Illinois, which relate to this litigation, subject him to the jurisdiction of this Court.

4.  After purportedly discovering an unusual odor from oil being produced in Greene County, Illinois, Test Drilling and/or its agent Ramsey collected samples of this oil and provided them to Dr. Bruce Hemming of Microbe Inotech Laboratories in St. Louis, Missouri.

5.  Dr. Hemming ran scientific tests on these samples and the results of these tests form the basis of certain conclusions and opinions reached by Dr. Hemming regarding the identification of bacteria found in these samples.

6.  Test Drilling and/or its agent Ramsey knew, based upon the conclusions of Dr. Hemming that he would file a lawsuit against Defendants.

7.  Test Drilling and/or its agent Ramsey had a duty to immediately advise Defendants of Dr. Hemming's conclusions, and to preserve the samples to allow Defendants, including Hog Slat, an opportunity to inspect and scientifically test these samples.

8.  Test Drilling and/or its agent Ramsey failed to offer any of the Defendants the opportunity to inspect and/or scientifically inspect these samples before they were destroyed. Indeed, it would have cost Test Drilling and/or its agent Ramsey a very modest sum to have Dr. Hemming freeze and store these samples for later scientific testing.

248525.1

9. As a result of the breaches of this duty by Test Drilling and/or its agent Ramsey, it may be impossible for Hog Slat to defend itself in the lawsuit brought by Test Drilling. Hog Slat has been deprived of an opportunity to have its own experts examine these samples to determine the identification of the bacteria purportedly found therein, and to scientifically establish that the source of these bacteria was not from the finishing houses constructed by Hog Slat.

10. Hog Slat has been damaged, as the failure of Test Drilling and/or its agent Ramsey to preserve this critical evidence has prejudiced Hog Slat's efforts to present a defense that the bacteria in the samples came from a source other than the finishing houses constructed by Hog Slat.

11. To the extent that Hog Slat is found liable in this case either directly from Test Drilling, or indirectly through a cross claim by one of the other defendants to this case, Hog Slat is entitled recover from Test Drilling and/or its agent Ramsey the total amount of damages entered against Hog Slat.

WHEREFORE, Defendant Hog Slat respectfully prays that should it be found liable to any of the parties to this litigation, that judgment be entered in its favor and against Donald Ramsey and/or Test Drilling Services, Inc.

                Respectfully submitted,

                **HOG SLAT, INC. and HOG SLAT CONSTRUCTION CO., INC.**

                By: _____
                        One of Their Attorneys

Curt J. Schlom
Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North La Salle Street, 26th Floor
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (fax)

-4-

248525.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a complete and accurate copy of the foregoing was served on:

William S. Thomas
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821
***Attorneys for Plaintiff***

Edward Dwyer
Thomas G. Safley
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
***Attorneys for The Hanor Company, Inc.***

Robert E. Gillespie
John Nolan
Raylene D. Grischow
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
***Attorneys for Agri-Waste Technology, Inc.
and Pig Improvement Co.***

Kenneth A. Slavens
Samuel Wendt
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
***Attorneys for Envirotech Engineering &
Consulting, Inc.***

J. Michael Grier
Christopher K. Snow
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210

Richard F. Clough
Anne N. Clough
McDonald, Strickland & Clough
524 N. Main Street
P.O. Box 71
Carrollton, IL 62016
***Attorneys for Terracon, Inc. d/b/a
Terracon Consultants, Inc.***

Daniel C. Murray
Keith Gibson
Bill Geiser
Johnson & Bell, Ltd.
55 East Monroe Street - Suite 4100
Chicago, IL 60603-5892
***Attorneys for GSE Lining Technology, Inc.***

by: ☐ hand-delivery; ☐ facsimile; and/or ☒ depositing same in the US Mail at 120 N. LaSalle St, Chicago, Illinois 60602 with proper postage prepaid, at or before 5:00 p.m. on this ___ day of February, 2005.

_____
Daniel E. Tranen

-5-

248525.1