E-FILED
Friday, 18 February, 2005 03:08:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 03-CV-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., | ) ) ) | Judge Jeanne E. Scott |
| AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC. D/B/A TERRACON CONSULTANTS, INC., | ) ) ) | Magistrate Judge Byron G. Cudmore |
| BARRY SMITH ENTERPRISES, INC., LLOYD JONES CONSTRUCTION, ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC., AND HOG SLAT, INC. D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**HOG SLAT, INC. AND HOG SLAT CONSTRUCTION CO., INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD CROSS-CLAIMS AGAINST THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., ENVIROTECH SERVICES, INC., AND GSE LINING TECHNOLOGY, INC.**

NOW COME Defendants HOG SLAT, INC. and HOG SLAT CONSTRUCTION COMPANY, INC. (hereinafter "Hog Slat"), by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and moves this Court for leave to amend its Answer to add cross-claims against The Hanor Company, Inc. ("Hanor"), Pig Improvement Co., Inc. ("PIC"), Agri-waste Technology, Inc. ("AGI"), Terracon, Inc., d/b/a Terracon Consultants, Inc.("TI"), Envirotech Services, Inc. ("ESI") and GSE Lining Technology, Inc. ("GSE") (collectively, "the Codefendants"), pursuant to F.R.Civ.P 15(a), stating as follows:

1.      Plaintiff Test Drilling Services Company ("Test Drilling") has filed a lawsuit seeking damages for injury to its property including its equipment and oil leases, arising out of purported contamination flowing from two facilities operated by Hanor.

2.      Hog Slat has causes of actions against the Codefendants for contribution, and an additional cause of action for breach of contract against Hanor, arising out of Test Drillings' claims. A copy of the amendment to Hog Slat's Answer is attached as Exhibit A.

3.      The Court imposed deadline for filing third party actions is March 1, 2005.

4.      The Statute of Limitations on Hog Slat's Cross-claims will run on March 1, 2005.

5.      Pursuant to F.R.Civ.P. 15(a), "leave [to amend a party's pleading] shall be freely given when justice so requires."

6.      This motion is not being interposed for any improper purpose and no other party will be prejudiced by the filing of Hog Slat's proposed amendment.

7.      Hog Slat requests that this Court grant its motion to amend before the March 1, 2005 deadline.

WHEREFORE Defendant Hog Slat respectfully prays that this Court grant its motion and that it be given leave to amend its answer with the attached Cross-claims prior to March 1, 2005.

Respectfully submitted,

**HOG SLAT, INC. and HOG SLAT CONSTRUCTION CO., INC.**

By: _____

One of Their Attorneys

Curt J. Schlom
Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North La Salle Street, 26th Floor
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (fax)

-2-

232860.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a complete and accurate copy of the foregoing was served on:

William S. Thomas
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821
***Attorneys for Plaintiff***

Edward Dwyer
Thomas G. Safley
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
***Attorneys for The Hanor Company, Inc.***

Robert E. Gillespie
John Nolan
Raylene D. Grischow
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
***Attorneys for Agri-Waste Technology, Inc.
and Pig Improvement Co.***

Kenneth A. Slavens
Samuel Wendt
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
***Attorneys for Envirotech Engineering &
Consulting, Inc.***

J. Michael Grier
Christopher K. Snow
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210

Richard F. Clough
Anne N. Clough
McDonald, Strickland & Clough
524 N. Main Street
P.O. Box 71
Carrollton, IL 62016
***Attorneys for Terracon, Inc. d/b/a
Terracon Consultants, Inc.***

Daniel C. Murray
Keith Gibson
Bill Geiser
Johnson & Bell, Ltd.
55 East Monroe Street - Suite 4100
Chicago, IL 60603-5892
***Attorneys for GSE Lining Technology, Inc.***

by: ☐ hand-delivery; ☐ facsimile; and/or ☒ depositing same in the US Mail at 120 N. LaSalle St, Chicago, Illinois 60602 with proper postage prepaid, at or before 5:00 p.m. on this _1st_ day of February, 2005.

_____
Daniel E. Tranen

232860.1

28810.09003

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | No. 03-CV-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC. D/B/A TERRACON CONSULTANTS, INC., BARRY SMITH ENTERPRISES, INC., LLOYD JONES CONSTRUCTION, ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC., AND HOG SLAT, INC. D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Jeanne E. Scott  Magistrate Judge Byron G. Cudmore  Trial by Jury Demanded |
| Defendants. | ) ) | |

**HOG SLAT, INC. AND HOG SLAT CONSTRUCTION CO., INC.'S CROSS-CLAIMS AGAINST THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., ENVIROTECH SERVICES, INC., AND GSE LINING TECHNOLOGY, INC.**

NOW COME Defendants HOG SLAT, INC. and HOG SLAT CONSTRUCTION COMPANY, INC. (hereinafter "Hog Slat"), by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and for their Cross-claims against The Hanor Company, Inc., Pig Improvement Co., Inc., Agri-waste Technology, Inc., Terracon, Inc., d/b/a Terracon Consultants, Inc., Envirotech Services, Inc. and GSE Lining Technology, Inc., state the following:

1.     Defendant Hog Slat, is a North Carolina corporation doing business in Illinois. It constructed the hog containment facilities located at the two sites at issue in this litigation.



2.    Defendant The Hanor Company, Inc. (hereinafter "Hanor"), is a North Carolina corporation doing business in Illinois, as operator of commercial hog confinement facilities, in Greene County, Illinois.

3.    Defendant Pig Improvement Company, Inc. (hereinafter "PIC"), is a Kentucky corporation doing business in Illinois, as operator of commercial hog confinement facilities, in Greene County, Illinois.

4.    Defendant Agri-Waste Technology, Inc. (hereinafter "AWT"), is a North Carolina corporation doing business in Illinois, as professional consultants, designers and advisors to Hanor's and PIC's commercial hog confinement facilities, in Greene County, Illinois.

5.    Defendant Envirotech Services, Inc. (hereinafter "ESI"), is an Oklahoma corporation which is not licensed to do business in Illinois, but which provided professional consultant and design services for the construction of Hanor's and PIC's commercial hog confinement facilities, in Greene County, Illinois.

6.    Defendant Terracon, Inc. (hereinafter "TI"), is an Iowa corporation doing business in Illinois, providing professional consultant, testing and design services for the construction of Hanor's and PIC's commercial hog confinement facilities, in Greene County, Illinois.

7.    Defendant GSE Lining Technology, Inc. (hereinafter "GSE"), is a Delaware corporation doing business in Illinois, as a contractor or subcontractor involved in the construction of Hanor's and PIC's commercial hog confinement facilities, in Greene County, Illinois.

8.    Each of the parties identified herein has accepted the jurisdiction and venue of this Court.

232774.1

### Count I – Contribution against all Codefendants

9.      Hog Slat restates and incorporates paragraphs 1-8 as if fully set forth herein.

10.     Test Drilling Service Co. ("Test Drilling") filed suit against Hog Slat and the other defendants under a theory of negligence seeking to recover damages for property damage to equipment and for a claimed injury to a property right in oil leases for the production of oil in Greene County, Illinois.

11.     Test Drilling alleges that the Defendants were negligent in either constructing or operating the hog farms in such a manner so as to allow hog waste contamination to migrate into Plaintiff's oil fields causing the oil to become "unusable." Hog Slat denies these claims.

12.     Hog Slat has filed its Answer to Plaintiff's Complaint, denying that it was negligent and denying that any act or omission on its part either caused or contributed to the contamination of the oil that was produced by Test Drilling.

13.     Pleading in the alternative, and with the expressed understanding that Hog Slat denies and continues to deny the allegations of Plaintiff's Complaint, Hog Slat states that if any damages were suffered by the Plaintiff, then those damages were the direct and proximate result of the negligence of one or more of the Co-Defendants.

14.     At all times relevant, there was in existence a statute commonly known as the Contribution Among Joint Tortfeasors Act, 740 ILCS 100/01 *et seq.* which provides for the proportionate assessment of damages among the parties found liable to an injured plaintiff according to their respective percentage of fault.

WHEREFORE, Defendant Hog Slat respectfully prays that should a judgment be entered against it for damages, then a judgment should be entered in its favor and against the Codefendants, The Hanor Company, Inc., Pig Improvement Co., Inc., Agri-waste Technology,

232774.1

Inc., Terracon, Inc., d/b/a Terracon Consultants, Inc., Envirotech Services, Inc. and GSE Lining Technology, Inc., for any amounts greater than the percentage share of Hog Slat's fault.

### Count II – Contractual Indemnity against Hanor

15.    Hog Slat restates and incorporates paragraphs 1-14 as if fully set forth herein.

16.    On or about May 10, 1995, Hog Slat entered into a construction contract with Hanor for the construction of hog containment facilities, including among other things, four nurseries and eight finishing sites located in Greene County, Illinois.

17.    Pursuant to the terms and conditions of the contract between Hanor and Hog Slat, Hanor agreed to indemnify and hold Hog Slat harmless from any violation of environmental laws or conditions.

18.    Specifically, Article X, paragraph C, of the contract provides that:

> Indemnity:  Owner will indemnify Contractor and hold Contractor harmless from any claim or loss occasioned by Owner's failure to perform the duties set forth in Article III and from any violation of environmental laws or conditions.

19.    To the extent that Hog Slat is found liable to Test Drilling as alleged in the Amended Complaint filed by Test Drilling, which liability Hog Slat denies, Hanor should be ordered to indemnify Hog Slat for any such judgment, pursuant to this indemnity provision.

WHEREFORE Defendant Hog Slat respectfully prays that if a judgment is entered against it, then a judgment should be entered against Hanor for contractual indemnity for any amounts that Hog Slat is ordered to pay, including attorneys' fees and costs.

### Count III – Breach of Contract against Hanor

20.    Hog Slat restates and incorporates paragraphs 1-19 as if fully set forth herein.

21.    Pursuant to the construction contract, Hanor assumed certain obligations which include, but are not limited to:

232774.1

a.      providing a survey of the property and the placement or location of all buildings and improvements;

b.      any lagoon or pad layout work;

c.      supplying lagoon and fresh water wells including fresh water pumps and tanks;

d.      all final landscaping;

e.      preparing and grading the site with a properly compacted building pad;

f.      correcting concealed or unknown conditions encountered in the performance of the work below the surface of the ground;

g.      compliance with all environmental laws; and

h.      back-filling buildings and supplying gradeable backfill for pads.

22.     To the extent that Hanor is found to have breached any of these obligations, it should be ordered to indemnify Hog Slat to the full extent that its breach subjects Hog Slat to any liability in this case.

WHEREFORE Defendant Hog Slat respectfully prays that if a judgment is entered against it, then a judgment should be entered against Hanor for all damages Hog Slat is ordered to pay, including attorneys' fees and costs, to the full extent that Hanor's breach of its contract with Hog Slat subjects Hog Slat to any liability.

Respectfully submitted,

**HOG SLAT, INC. and HOG SLAT CONSTRUCTION CO., INC.**

By: _____
            One of Their Attorneys

Curt J. Schlom
Daniel E. Tranen
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North La Salle Street, 26th Floor
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (fax)

-5-

232774.1

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a complete and accurate copy of the foregoing was served on:

William S. Thomas
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821
***Attorneys for Plaintiff***

Edward Dwyer
Thomas G. Safley
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
***Attorneys for The Hanor Company, Inc.***

Robert E. Gillespie
John Nolan
Raylene D. Grischow
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
***Attorneys for Agri-Waste Technology, Inc. and Pig Improvement Co.***

Kenneth A. Slavens
Samuel Wendt
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
***Attorneys for Envirotech Engineering & Consulting, Inc.***

J. Michael Grier
Christopher K. Snow
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas 66210

Richard F. Clough
Anne N. Clough
McDonald, Strickland & Clough
524 N. Main Street
P.O. Box 71
Carrollton, IL 62016
***Attorneys for Terracon, Inc. d/b/a Terracon Consultants, Inc.***

Daniel C. Murray
Keith Gibson
Bill Geiser
Johnson & Bell, Ltd.
55 East Monroe Street - Suite 4100
Chicago, IL 60603-5892
***Attorneys for GSE Lining Technology, Inc.***

by: ☐ hand-delivery; ☐ facsimile; and/or ☒ depositing same in the US Mail at 120 N. LaSalle St, Chicago, Illinois 60602 with proper postage prepaid, at or before 5:00 p.m. on this ___ day of February, 2005.

Daniel E. Tranen

232774.1