E-FILED
Tuesday, 22 February, 2005 04:26:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 03-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., D/B/A TERRACON CONSULTANTS, INC., ENVIROTECH ENGINEERING & CONSULTING, INC., GSE LINING TECHNOLOGY, INC., and HOG SLAT, INC., D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO AMEND ANSWER
TO ASSERT CROSSCLAIMS AND COUNTERCLAIM**

NOW COMES Defendant THE HANOR COMPANY, INC. ("Hanor"), by and through its counsel, HODGE DWYER ZEMAN, and for its Motion for Leave to Amend Answer to Assert Crossclaims and Counterclaim, states as follows:

1. The current deadline in this matter for parties to amend pleadings is March 1, 2005.

2. A mediation is scheduled in this matter for Friday, February 25, 2005.

3. In the event such mediation does not result in a resolution of this case, Hanor wishes to file cross-claims for contribution and/or indemnification and/or breach of contract against the other Defendants in this matter, in order to allow the questions of

contribution, indemnification and contractual liability between Defendants to be litigated along with the question of Defendants' alleged liability to Plaintiff.

4. In addition, the deposition in this matter of Dr. Bruce Hemming on February 7, 2005, produced evidence that Hanor believes supports a counterclaim against Plaintiff for spoliation of evidence.

5. Accordingly, Hanor respectfully moves the Court to grant it leave to amend its Answer in this case, prior to the March 1, 2005, deadline for amended pleadings, to assert cross-claims and a counter-claim as set forth above.

6. Federal Rule of Civil Procedure 15(a) provides that leave to amend pleadings "shall be freely given when justice so requires."

7. Allowing these amendments will not prejudice the other parties to this case, as the amendments would be made prior to the deadline for amending pleadings, and as the deadline for fact discovery in this matter is April 1, 2005, thus allowing an opportunity for any discovery necessitated by these amendments.

8. For the Court's convenience, Hanor has enclosed herewith a proposed Order granting this Motion.

WHEREFORE, Defendant THE HANOR COMPANY, INC., by its counsel, HODGE DWYER ZEMAN, respectfully moves the Court to grant it leave to amend its Answer as set forth above, and to award it all other relief just and proper in the premises.

        Respectfully submitted,

        THE HANOR COMPANY, INC.,
        Defendant,


        By: /s/ Thomas G. Safley
            One of Its Attorneys

Dated:  February 22, 2005

Edward W. Dwyer, #6197577
Thomas G. Safley, #6271422
HODGE DWYER ZEMAN
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois  62705-5776
(217) 523-4900

HANO:003/Fil/Motion for Leave to Amend

## CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2005, THE HANOR COMPANY, INC.'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT CROSSCLAIMS AND COUNTERCLAIM and proposed ORDER was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the CM/ECF registered counsel.

       I also certify that a hard copy of version of the foregoing was mailed to the following non-participants in Electronic Case Filing:

William A. Geiser, Esq.
JOHNSON & BELL LTD
Suite 4100
55 E Monroe Street
Chicago, Illinois  60603

Keith L. Gibson, Esq.
JOHNSON & BELL LTD
Suite 4100
55 E Monroe Street
Chicago, Illinois  60603

Curt J. Schlom, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
Suite 2600
Chicago, Illinois  60602

Samuel M. Wendt, Esq.
Brown & James, P.C.
20th Floor
1010 Market
St. Louis, Missouri  63101

                                            /s/ Thomas G. Safley
                                            Thomas G. Safley, IL Reg. No. 6271422
                                            HODGE DWYER ZEMAN
                                            3150 Roland Avenue
                                            Post Office Box 5776
                                            Springfield, Illinois  62705-5776
                                            (217) 523-4900

HANO:003/Fil/COS – Motion for Leave

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, (TDSCO), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)  No. 03-3063 |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., D/B/A TERRACON CONSULTANTS, INC., ENVIROTECH ENGINEERING & CONSULTING, INC., GSE LINING TECHNOLOGY, INC., and HOG SLAT, INC., D/B/A HOG SLAT CONSTRUCTION CO., INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## **ORDER**

This Court, having considered Defendant, THE HANOR COMPANY, INC.'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT CROSSCLAIMS AND COUNTERCLAIM, and being fully advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that Defendant, THE HANOR COMPANY, INC. is granted leave to amend its Answer prior to March 1, 2005, to assert Crossclaims and a Counterclaim as set forth in its Motion for Leave.

ENTERED:_____     _____
                                                                              JUDGE