E-FILED
Wednesday, 23 February, 2005  03:09:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  03-CV-3063 |
| | ) |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC, TERRACON, INC., d/b/a TERRACON CONSULTANTS, INC., ENVIROTECH ENGINEERING & CONSULTING, INC., GSE LINING TECHNOLOGY, INC. and HOG SLAT, INC., d/b/a HOG SLAT CONSTRUCTION CO., INC.. | ) |
| Defendants. | |

**<u>DEFENDANT, AGRI-WASTE TECHNOLOGY, INC.'S, MOTION FOR LEAVE TO AMEND ITS ANSWER AND ADD A CROSS-CLAIM AGAINST TEST DRILLING SERVICE COMPANY AND FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT AGAINST DONALD RAMSEY</u>**

NOW COMES the Defendant, AGRI-WASTE TECHNOLOGY, INC. (Agri), by and through its attorneys, HINSHAW & CULBERTSON LLP, and moves this Court for leave to amend its Answer to add a Cross Claim against TEST DRILLING SERVICE COMPANY, and for leave to file a Third-Party Complaint against Donald Ramsey, the principal of TEST DRILLING SERVICE COMPANY, pursuant to Federal Rules of Civil Procedures 14 and 15 (a) and states as follows:

1.      Plaintiff, TEST DRILLING SERVICE COMPANY, filed a lawsuit seeking damages for alleged injury to its property, including alleged damages to its equipment and oil leases arising out of a purported contamination of such oil from two hog confinement facilities operated by The Hanor Company in Greene County, Illinois.

2.     Defendant, Agri-Waste Technology, Inc., has causes of action against TEST DRILLING SERVICE COMPANY and/or DONALD RAMSEY, arising out of their failure to preserve valuable evidence in this litigation.

3.     The spoliation of evidence become known to Defendant on February 7, 2005 when the deposition of Dr. Bruce Hemming was taken and he testified that the oil samples were no longer available for testing or analysis as such samples had been destroyed.

4.     The Court has imposed a deadline for filing third-party actions of March 1, 2005. Pursuant to Federal Rule of Civil Procedure 15(a), a party may amend a party's pleadings only by leave of court or by written consent of the adverse party, and leave shall be fully given when justice so requires. No party will be prejudiced by the filing of this Third-Party Complaint.

5.     Defendant, Agri-Waste Technology, Inc., requests that this Honorable Court grant its Motion to Amend its Answer before March 1, 2005.

WHEREFORE, Defendant, Agri-Waste Technology, Inc., respectfully prays that this Honorable Court grant its Motion and that it be given leave to amend its Answer and file a Third-Party Complaint prior to March 1, 2005.

/s/ Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217_ 528-0075
Fax: 217- 528-0075
E-mail:  rgrischow@hinshawlaw.com
Attorney Bar No. 6257514