E-FILED
Wednesday, 23 February, 2005  03:27:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
LAW DIVISION

| | | |
|---|---|---|
| TEST DRILLING SERVICE COMPANY, | ) | Case No. 03-3063 |
| | ) | |
| Plaintiff, | ) | Judge Jeanne E. Scott, U.S. District Judge |
| | ) | |
| vs. | ) | |
| | ) | |
| THE HANOR COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, PIC USA, INC.'S MOTION FOR LEAVE TO FILE CROSS CLAIMS AGAINST CO-DEFENDANTS, THE HANOR COMPANY, INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., ENVIROTECH SERVICES, INC., <u>GSE LINING, TECHNOLOGY, INC., AND HOG SLAT, INC.</u>**

NOW COMES Defendant, PIC USA, INC., by and through its attorneys, HINSHAW & CULBERTSON LLP, and for its Motion For Leave to File Cross-Claims pursuant to F.R.C.P. 15(a) against the co-defendants, states as follows:

1. Plaintiff has filed an Amended Complaint seeking damages or injury to its property, equipment and oil leases arising out of an alleged contamination from hog waste. On or about December 15, 2003, Defendant, PIC USA, INC. filed an Answer to Plaintiff's Amended Complaint. This answer did not contain any cross-claims or counterclaims.

2. Since that time, it has come to the parties attention that there might be claims for contribution or indemnification from the co-defendants.

3. Pursuant to F.R.C.P. 15(a) A party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

4. A mediation in scheduled in this matter for Friday, February 25, 2005. The deadline imposed by this Court for the amendment of pleadings is March 1, 2005. The undersigned files this motion in the event the mediation is not successful and cross-claims need to be filed against the co-defendants.

5. In the event that PIC USA, INC. is found liable to the Plaintiff for any amount, then PIC USA, INC. is entitled to contribution or indemnity in whole or in part from the co-defendants.

6. Defendant seeks leave of court to file cross-claims against the co-defendants for the reasons set forth above.

WHEREFORE, Defendant, PIC USA, INC., prays that this Honorable Court grant Defendant leave to file cross-claims against the co-defendants before the March 1, 2005 deadline for amendment to pleadings and for such further relief this Court deems just and proper.

/s/ Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL  62701
Phone:  217- 528-0075
Fax: 217- 528-0075
E-mail:  rgrischow@hinshawlaw.com
Attorney Bar No. 6257514

60129120v1 820929