**CERTIFICATE OF SERVICE**

  I hereby certify that on February 23, 2005, I electronically filed Defendant, AGRI-WASTE TECHNOLOGY, INC.'S Motion For Leave To Amend its Answer and File Cross-Claim against Plaintiff and Third-Party Complaint against Donald Ramsey with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Anne N Clough  mcdsclawyers@aol.com,

Richard F Clough  mcdsclawyers@aol.com,

Edward W Dwyer  edwyer@hdzlaw.com, cwerts@hdzlaw.com

William A Geiser  geiserw@jbltd.com,

Keith L Gibson  gibsonk@jbltd.com,

J Michael Grier  mgrier@wtglaw.com, jklimek@wtglaw.com

Daniel C Murray  murrayd@jbltd.com,

John E Nolan  jnolan@hinshawlaw.com, km! cdonal@hinshawlaw.com

Thomas Gordon Safley  tsafley@hdzlaw.com, ptucker@hdzlaw.com

Kenneth A Slavens  Kslavens@bjpc.com, Cfischer@bjpc.com

Christopher K Snow  csnow@wtglaw.com

William S Thomas  thomas@rabbittlaw.com, welle@rabbittlaw.com

Daniel Tranen  TranenD@wemed.com,

and I hereby certify that on February 23, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Curt J Schlom, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
120 N LaSalle St
Ste 2600
Chicago, IL 60602

          /s/ Raylene DeWitte Grischow
          Name of Password Participant
          Hinshaw & Culbertson LLP
          400 S. 9th St., Suite 200
          Springfield, IL   62701
          Phone:  217-528-7375
          Fax: 217-528-0075
          E-mail:  rgrischow@hinshawlaw.com
          Attorney Bar No. 6257514