## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2005, I electronically filed Defendant, PIC USA, INC.'S Motion For Leave to File Cross-Claim against Co-defendants with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Anne N Clough    mcdsclawyers@aol.com,

Richard F Clough    mcdsclawyers@aol.com,

Edward W Dwyer    edwyer@hdzlaw.com, cwerts@hdzlaw.com

William A Geiser    geiserw@jbltd.com,

Keith L Gibson    gibsonk@jbltd.com,

J Michael Grier    mgrier@wtglaw.com, jklimek@wtglaw.com

Daniel C Murray    murrayd@jbltd.com,

John E Nolan    jnolan@hinshawlaw.com, km! cdonal@hinshawlaw.com

Thomas Gordon Safley    tsafley@hdzlaw.com, ptucker@hdzlaw.com

Kenneth A Slavens    Kslavens@bjpc.com, Cfischer@bjpc.com

Christopher K Snow    csnow@wtglaw.com

William S Thomas    thomas@rabbittlaw.com, welle@rabbittlaw.com

Daniel Tranen    TranenD@wemed.com,

and I hereby certify that on February 23, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Curt J Schlom, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
120 N LaSalle St
Ste 2600
Chicago, IL 60602

/s/ Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL    62701
Phone:  217-528-7375
Fax: 217-528-0075
E-mail:  rgrischow@hinshawlaw.com
Attorney Bar No. 6257514