E-FILED
Thursday, 24 February, 2005  09:27:32 AM
Clerk, U.S. District Court, ILCD

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2005, I electronically filed Defendant, PIC USA, INC.'S Motion For Leave to Amend its Answer and File Cross-Claim against Plaintiff and Third-Party Complaint against Donald Ramsey with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Anne N Clough     mcdsclawyers@aol.com,

Richard F Clough     mcdsclawyers@aol.com,

Edward W Dwyer     edwyer@hdzlaw.com, cwerts@hdzlaw.com

William A Geiser     geiserw@jbltd.com,

Keith L Gibson     gibsonk@jbltd.com,

J Michael Grier     mgrier@wtglaw.com, jklimek@wtglaw.com

Daniel C Murray     murrayd@jbltd.com,

John E Nolan     jnolan@hinshawlaw.com, km! cdonal@hinshawlaw.com

Thomas Gordon Safley     tsafley@hdzlaw.com, ptucker@hdzlaw.com

Kenneth A Slavens     Kslavens@bjpc.com, Cfischer@bjpc.com

Christopher K Snow     csnow@wtglaw.com

William S Thomas     thomas@rabbittlaw.com, welle@rabbittlaw.com

Daniel Tranen     TranenD@wemed.com,

and I hereby certify that on February 23, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Curt J Schlom, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
120 N LaSalle St
Ste 2600
Chicago, IL 60602

                                  /s/ Raylene DeWitte Grischow
                                  Name of Password Participant
                                  Hinshaw & Culbertson LLP
                                  400 S. 9th St., Suite 200
                                  Springfield, IL   62701
                                  Phone:  217-528-7375
                                  Fax: 217-528-0075
                                  E-mail:  rgrischow@hinshawlaw.com
                                  Attorney Bar No. 6257514