**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISCTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Test Drilling Service Company, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Cause No. 03-3063 |
| The Hanor Company, Inc., et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANT TERRACON'S MOTION FOR LEAVE FILE CROSS-CLAIMS AGAINST DEFENDANTS THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC., AND HOG SLAT CONSTRUCTION CO., INC.**

COMES NOW Defendant Terracon, Inc. ("Terracon") and hereby moves this Court for leave to file its cross-claims against defendants The Hanor Company, Inc. ("Hanor"), Pig Improvement Co, Inc. ("PIC"), Agri-Waste Technology, Inc. ("Agri-Waste"), Envirotech Services, Inc. ("Envirotech"), GSE Lining Technology, Inc. ("GSE") and Hog Slat Construction Co, Inc., ("Hog Slat") pursuant to Fed. R. Civ. P. 15(a).

1.  Plaintiff Test Drilling Service Company ("TDSCO"), pursuant to its First Amended Complaint, commenced an action against Terracon. TDSCO alleged various theories of liability against several defendants (of which only negligence remains) including Terracon, Hanor, PIC, Agri-Waste, Envirotech, GSE and Hog Slat.

2.  Terracon has causes of action for contribution against Hanor, PIC, Agri-Waste, Envirotech, GSE, and Hog Slat. Additionally, Terracon has causes of action for contractual indemnification and breach of contract against Hanor.

{00072457.DOC;}

3. The Court has imposed a deadline of March 1, 2005 for filing third party actions.

4. It is in the best interest of all parties and the Court that the issues of contribution and indemnification be resolved in one lawsuit rather than multiple lawsuits.

5. This motion is not being submitted for any improper purpose and no party will be prejudiced by the filing of Terracon's cross-claims.

6. Terracon respectfully requests that this Court grant it leave to file its cross-claims, attached as Exhibit A to this motion, before the March 1, 2005 deadline.

WHEREFORE, for these reasons, Defendant Terracon respectfully requests that this Court grant its motion for leave to file its cross-claims against Hanor, PIC, Agri-Waste, Envirotech, GSE and Hog Slat.

Respectfully submitted,

/s/ Christopher K. Snow
J. Michael Grier           IL #6275040
Christopher K. Snow        IL #6275951
WARDEN TRIPLETT GRIER
9401 Indian Creek Parkway, Suite 1100
Overland Park, KS 66210
(913) 345-5169; (913) 491-2979 (Facsimile)

Richard Clough   Illinois Bar No.00463779
Anne Clough      Illinois Bar No. 6272071
McDonald, Strickland & Clough
524 North Main Street
P.O. Box 71
Carrollton, IL  62016
(217) 942-3115; (217) 942-3178 (Facsimile)

*Attorneys for Defendant Terracon, Inc.,*

**AFFIDAVIT OF SERVICE**

The undersigned, on the 24th day of February, 2005, filed this document electronically with the court, which will send electronic notification to:

William S. Thomas, Esq.
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street
Suite 400
St. Louis, Missouri 63102-1821
*Attorneys for Plaintiff*

Edward Dwyer, Esq.
Thomas G. Safley, Esq.
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
*Attorneys for The Hanor Company, Inc.*

Robert E. Gillespie, Esq.
John Nolan, Esq.
Raylene D. Grischow, Esq.
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
*Attorneys for Agri-Waste Technology, Inc. and Pig Improvement Co.*

Kenneth A. Slavens, Esq.
Samuel Wendt, Esq.
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
*Attorneys for Envirotech Engineering &*
*Consulting, Inc.*

Daniel C. Murray
William A. Geiser
Keith L. Gibson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603
*Attorneys for GSE Lining Technology, Inc.*

Curt J. Schlom
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602
*Attorneys for Hog Slat, Inc. d/b/a Hog Slat Construction Company, Inc.*

C. Wayne Case, Esq.
Grundle/SLT Environmental, Inc.
19103 Gundle Road
Houston, TX  77073

/s/ Christopher K. Snow_____
Attorney