**E-FILED**
Thursday, 24 February, 2005  11:34:17 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISCTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Test Drilling Service Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Cause No. 03-3063 |
| | ) | |
| The Hanor Company, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT TERRACON'S MOTION FOR LEAVE TO FILE CROSS-CLAIM AGAINST PLAINTIFF TEST DRILLING SERVICES COMPANY AND A THIRD PARTY COMPLAINT AGAINST DONALD RAMSEY

COMES NOW Defendant Terracon, Inc. ("Terracon") and hereby moves this Court for leave to file its cross-claims against plaintiff Test Drilling Services Company ("TDSCO") and its third-party complaint against Donald Ramsey, attached as Exhibit A, pursuant to Fed. R. Civ. P. 14 and 15(a).

1. Plaintiff Test Drilling Service Company ("TDSCO") has filed a lawsuit against various parties, including Terracon, alleging damages to equipment and oil leases arising out of purported bacterial contamination.

2. TDSCO further alleges that the source of this bacterial contamination is related to two hog commercial confinement facilities owned and operated by defendant The Hanor Company, Inc. ("Hanor").

3. Terracon has learned, through discovery, that TDSCO and/or Donald Ramsey failed to properly preserve evidence in this litigation related to the alleged bacterial contamination.

{00072460.DOC;}

4.      Terracon has causes of action against TDSCO and/or Donald Ramsey arising out of their failure to properly preserve this evidence.

5.      The Court has imposed a deadline of March 1, 2005 for amending pleadings and filing third party actions.

6.      This motion is not being submitted for any improper purpose and no party will be prejudiced by the filing of Terracon's cross-claim against plaintiff TDSCO and third–party claim against Donald Ramsey.

7.      Fed. R. Civ. P. 15(a) provides that leave to amend a party's pleading shall be freely given when justice so requires.

8.      Terracon respectfully requests that this Court grant it leave to file its cross-claim and third-party claim, attached as Exhibit A to this motion, before the March 1, 2005 deadline.

WHEREFORE, for these reasons, Defendant Terracon respectfully requests that this Court grant its motion for leave to file its cross-claim against plaintiff TDSCO and its third-party complaint against Donald Ramsey.

Respectfully submitted,


/s/Christopher K. Snow
J. Michael Grier              IL #6275040
Christopher K. Snow           IL #6275951
WARDEN TRIPLETT GRIER
9401 Indian Creek Parkway, Suite 1100
Overland Park, KS 66210
(913) 345-5169; (913) 491-2979 (Facsimile)

Richard Clough   Illinois Bar No.00463779
Anne Clough      Illinois Bar No. 6272071
McDonald, Strickland & Clough
524 North Main Street
P.O. Box 71
Carrollton, IL  62016
(217) 942-3115; (217) 942-3178 (Facsimile)

*Attorneys for Defendant Terracon, Inc.,*

**AFFIDAVIT OF SERVICE**

The undersigned, on the 24th day of February, 2005, filed this document electronically with the court, which will send electronic notification to:

William S. Thomas, Esq.
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street
Suite 400
St. Louis, Missouri 63102-1821
*Attorneys for Plaintiff*

Edward Dwyer, Esq.
Thomas G. Safley, Esq.
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL  62705
*Attorneys for The Hanor Company, Inc.*

Robert E. Gillespie, Esq.
John Nolan, Esq.
Raylene D. Grischow, Esq.
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL  62701-1908
*Attorneys for Agri-Waste Technology, Inc. and Pig Improvement Co.*

Kenneth A. Slavens, Esq.
Samuel Wendt, Esq.
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO  63101-2000
*Attorneys for Envirotech Engineering &*
*Consulting, Inc.*

Daniel C. Murray
William A. Geiser
Keith L. Gibson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603
*Attorneys for GSE Lining Technology, Inc.*

3:03-cv-03063-BGC     # 151     Page 5 of 5

Curt J. Schlom
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602
*Attorneys for Hog Slat, Inc. d/b/a Hog Slat Construction Company, Inc.*

C. Wayne Case, Esq.
Grundle/SLT Environmental, Inc.
19103 Gundle Road
Houston, TX  77073

/s/ Christopher K. Snow_____
Attorney