E-FILED
Thursday, 24 February, 2005   11:34:38 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

{00072483.DOC;}

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISCTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| Test Drilling Service Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Cause No. 03-3063 |
| ) | |
| The Hanor Company, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT TERRACON'S CROSS-CLAIMS AGAINST PLAINTIFF TEST DRILLING SERVICES COMPANY AND THIRD PARTY COMPLAINT AGAINST DONALD RAMSEY AND DEMAND FOR JURY TRIAL**

COMES NOW Defendant Terracon, Inc. ("Terracon") and for its cross-claims against plaintiff Test Drilling Services Company ("TDSCO") and third-party complaint against Donald Ramsey states as follows:

1. Cross-claimant Terracon is an Iowa corporation doing business in Illinois. Terracon provided certain services related to commercial hog confinement facilities in Greene County, Illinois.

2. Plaintiff Test Drilling Service Company ("TDSCO") is a Missouri corporation doing business in Illinois. TDSCO has subjected itself to the jurisdiction and venue of this Court by its participation in this litigation.

3. Third-party defendant Donald Ramsey is a natural person domiciled in St. Louis, Missouri. Mr. Ramsey has subjected himself to the jurisdiction and venue of this Court by his participation in this litigation and his activities in Greene County, Illinois that relate to the allegations of this litigation.

4. Donald Ramsey is a principal and agent of plaintiff TDSCO.

5. TDSCO has filed a lawsuit against various parties, including Terracon, alleging damages to equipment and oil leases arising out of purported bacterial contamination.

6. TDSCO further alleges that the source of this bacterial contamination is related to two hog commercial confinement facilities owned and operated by defendant The Hanor Company, Inc. ("Hanor").

7. After purportedly discovering an unusual odor emanating from oil being produced in Greene County, Illinois, plaintiff TDSCO and/or its agent Donald Ramsey collected samples of the oil and took the samples to Dr. Bruce Hemming of Microbe Inotech Laboratories in St. Louis, Missouri.

8. Dr. Bruce Hemming conducted tests on the oil samples. The results of that testing form the basis for certain opinions and conclusions Dr. Hemming has reached regarding the identification of bacteria allegedly in the samples.

9. Plaintiff TDSCO and/or Donald Ramsey knew, based on Dr. Hemming's testing, that a lawsuit would be filed against the defendants in this litigation, including Terracon.

10. Plaintiff TDSCO and/or Donald Ramsey had a duty to timely advise the defendants in this litigation of the existence of the samples, the results of Bruce Hemming's analysis and to preserve the samples to allow the defendants, including Terracon, the opportunity to inspect and analyze the samples.

11. Neither plaintiff TDSCO nor Donald Ramsey offered Terracon or any other defendant in this litigation the opportunity, option or choice to test or inspect the samples.

12. As a result of the breach of this duty by plaintiff TDSCO and/or Donald Ramsey, defendant Terracon has lost the opportunity to conduct any sort of analysis on the samples.

13. This inability to test or examine the samples has prejudiced Terracon's ability to defend itself in this suit against the allegations of plaintiff TDSCO by preventing Terracon from having its own experts examine and scientifically test the samples to determine the identification of bacteria allegedly contained therein.

14. Terracon has been damaged, as the failure of plaintiff TDSCO and/or Donald Ramsey to preserve this critical evidence has prejudiced Terracon's defense efforts.

15. To the extent that Terracon is found liable in this litigation to any party, Terracon is entitled to recover from plaintiff TDSCO and/or Donald Ramsey the total amount of damages entered against Terracon.

WHEREFORE, for these reasons, Defendant Terracon respectfully requests that if it should be found liable to any party in this litigation that judgment should be entered in its favor and against plaintiff TDSCO and third-party defendant Donald Ramsey for the full amount of any such damages.

## JURY DEMAND

Terracon respectfully requests a trial by jury.

Respectfully submitted,

/s/Christopher K. Snow
J. Michael Grier           IL #6275040
Christopher K. Snow        IL #6275951
WARDEN TRIPLETT GRIER
9401 Indian Creek Parkway, Suite 1100
Overland Park, KS 66210
(913) 345-5169; (913) 491-2979 (Facsimile)

>Richard Clough   Illinois Bar No.00463779
>Anne Clough      Illinois Bar No. 6272071
>McDonald, Strickland & Clough
>524 North Main Street
>P.O. Box 71
>Carrollton, IL  62016
>(217) 942-3115; (217) 942-3178 (Facsimile)
>
>*Attorneys for Defendant Terracon, Inc.,*