E-FILED
Tuesday, 01 March, 2005 03:29:30 PM
Clerk, U.S. District Court, ILCD

DCM/WAG/KLG/#1186818 (06976A-3001)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TEST DRILLING SERVICE COMPANY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  03-3063 |
| | ) | |
| THE HANOR COMPANY, INC., PIG | ) | Judge Jeanne E. Scott |
| IMPROVEMENT CO., INC., AGRI-WASTE | ) | |
| TECHNOLOGY, INC., TERRACON, INC. | ) | Magistrate Judge Byron G. Cudmore |
| D/B/A TERRACON CONSULTANTS, INC., | ) | |
| BARRY SMITH ENTERPRISES, INC., | ) | |
| LLOYD JONES CONSTRUCTION, | ) | |
| ENVIROTECH ENGINEERING & | ) | |
| CONSULTING, INC., GSE LINING | ) | |
| TECHNOLOGY, INC., HOG SLAT, INC. | ) | |
| D/B/A HOG SLAT CONSTRUCTION CO., | ) | |
| INC. | ) | |
| Defendants. | ) | |
| GSE LINING TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THE HANOR COMPANY, INC., PIG | ) | |
| IMPROVEMENT CO., INC., AGRI-WASTE | ) | |
| TECHNOLOGY, INC., TERRACON, INC. | ) | |
| D/B/A TERRACON CONSULTANTS, INC., | ) | |
| BARRY SMITH ENTERPRISES, INC., | ) | |
| LLOYD JONES CONSTRUCTION, | ) | |
| ENVIROTECH ENGINEERING & | ) | |
| CONSULTING, INC., HOG SLAT, INC. | ) | |
| D/B/A HOG SLAT CONSTRUCTION CO., | ) | |
| INC. | ) | |
| | ) | |
| Defendants/Counter-Defendants. | ) | |

## GSE LINING TECHNOLOGY, INC. COUNTERCLAIM FOR SPOLIATION

NOW COMES the Defendant/Counter-Plaintiff, GSE LINING TECHNOLOGY, INC., by and through its attorneys, JOHNSON & BELL, LTD., and for its Counterclaim for Spoliation against Plaintiff/Counter-Defendant, TEST DRILLING SERVICES COMPANY, states as follows:

1. Defendant and Counter-Plaintiff, GSE Lining Technology, Inc. ("GSE Lining") is a Delaware corporation authorized to do business in Illinois. It supplied various liners for use at the two sites at issue in this litigation.

2. Upon information and belief, Plaintiff and Counter-Defendant, Test Drilling Service Company ("Test Drilling"), is a Missouri corporation, authorized to do business in Illinois.

3. Donald Ramsey ("Ramsey") is a principal and agent of Plaintiff and Counter-Defendant, Test Drilling Service Company.

4. After discovering an unusual odor from oil being produced in Greene County, Illinois, Test Drilling and/or its agent Ramsey collected samples of this oil and provided them to a Dr. Hemming of Microlab Laboratories in St. Louis Missouri.

5. Dr. Hemming then performed scientific testing on these samples. The results of that testing form the basis of certain conclusions and opinions reached by Hemming regarding the identification of bacteria found in the samples.

6. Test Drilling and/or its agent Ramsey knew, based on the conclusions of Dr. Hemming, that it would file a lawsuit against Defendant GSE Lining Technology, Inc.

7. Test Drilling and/or its agent Ramsey had a duty to immediately advise Defendant GSE Lining of Dr. Hemming's conclusions and opinions, a duty to advise GSE Lining of the existence of the samples, and a duty to preserve the samples to allow GSE Lining and opportunity to inspect and scientifically test these samples.

8. Test Drilling and/or its agent Ramsey failed to offer GSE Lining the opportunity to inspect and/or scientifically test these samples before they were destroyed.

9. As a result of this breach by Test Drilling and/or its agent Ramsey, it may be impossible for GSE Lining to defend itself in the lawsuit brought by Test Drilling.

10. GSE Lining will not be able to have its own experts examine and scientifically test these samples to determine the identification of certain bacteria allegedly found therein.

11. The failure of Test Drilling and/or its agent Ramsey to preserve this evidence has prejudiced GSE Lining in its defense of this case.

12. To the extent GSE Lining is found liable in this case to Test Drilling, or indirectly through a crossclaim by one of the other defendants, GSE Lining is entitled to recover from Test Drilling the total amount of damages entered against GSE Lining.

WHEREFORE, the Defendant/Counter-Plaintiff, GSE LINING TECHNOLOGY, INC., respectfully requests that in the event that any party receives a judgment against it any amount whatsoever, that this Honorable Court enter an Order granting Defendant/Cross-Plaintiff GSE LINING TECHNOLOGY, INC. a judgment as against the Plaintiff/Counter-Defendant, TEST DRILLING COMPANY, in the total amount of that judgment, and for any and all other relief as this Court deems just and appropriate.

Respectfully submitted this 1st day of March 2005

/s/ *Keith L. Gibson*
Keith L. Gibson
JOHNSON & BELL, LTD.
Suite 4100
55 East Monroe Street
Chicago, IL 60603-5803
Tel. 312 984 0325

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March 2005, the foregoing **_GSE LINING TECHNOLOGY, INC. COUNTERCLAIM FOR SPOLIATION_** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

William S. Thomas, thomas@rabbittlaw.com
Thomas G. Safley, tsafley@hdzlaw.com
John Nolan, jnolan@hinshawlaw.com
J. Michael Grier, mgrier@wtglaw.com
Richard F. Clough, McDFClawyers@aol.com
Anne N. Clough, McDFClawyers@aol.com
Jeffrey Baron, jbaron@bjpc.com
Curt J. Schlom, schlomc@werned.com
Edward Dwyer, edwyer@hdzlaw.com
Raylene Dewitte Grischow, rgrischow@hinshawlaw.com
Kenneth A. Slavens, tsafley@hdzlaw.com
Christopher Snow, csnow@wtglaw.com
Daniel Tranen, transcend@werned.com
Samuel M. Wendt, smw@petersonlawfirm.com
Keith L. Gibson, gibsonk@jbltd.com

/s/ Keith L. Gibson