E-FILED
Tuesday, 29 March, 2005  09:26:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
LAW DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 03-3063 |
| ) | |
| vs. ) | Judge Jeanne E. Scott, U.S. District Judge |
| ) | |
| THE HANOR COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND TIME FOR FILING SETTLEMENT DOCUMENTS**

NOW COMES the Defendant, AGRI-WASTE TECHNOLOGY, INC., by and through its attorneys, HINSHAW & CULBERTSON, LLP, and respectfully moves this Court to allow additional time for the filing of the settlement documents, and in support thereof, states as follows:

1. On February 25, 2005, a voluntary mediation was held in this matter where a confidential settlement was reached between all parties.

2. It was ordered that all settlement documents, including a Confidential Settlement Agreement and Release, were to be executed, and a Motion to Dismiss filed with this Court, by April 1, 2005.

3. Pursuant to 28 U.S.C. 636(c) the parties consented to Judge Cudmore retaining jurisdiction to enforce the settlement contracts.

4. Due to the complexity of the issues involved, the number of parties involved, and the number of individuals needed to sign off on the settlement agreement, including those individuals that were not participants in the mediation, additional time is needed to have all the settlement documents executed.

60131052v1 820034

5. The undersigned has spoken with the parties to this motion, and they have no objection to said motion.

6. It is hereby requested that the parties be allowed an additional twenty-one (21) days in which to have all the necessary settlement documents executed and filed with this Court.

7. Since all parties agree with this motion, no prejudice would ensue if the Court were to allow the additional time.

WHEREFORE, Defendant, AGRI-WASTE TECHNOLOGY, INC., hereby requests that his Honorable Court allow the parties an additional twenty-one (21) days up to and including April 21, 2005 in which to have the settlement documents executed and filed with this Court.

/s/ Raylene DeWitte Grischow
Name of Password Participant
Hinshaw & Culbertson LLP
400 S. 9th St., Suite 200
Springfield, IL   62701
Phone:  217- 528-0075
Fax: 217- 528-0075
E-mail:  rgrischow@hinshawlaw.com
Attorney Bar No. 6257514

2

**Certificate Of Service**

      I hereby certify that on March 29, 2005, I electronically filed Defendant, AGRI-WASTE TECHNOLOGY, INC.'S Motion To Continue with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Anne N Clough    mcdsclawyers@aol.com,

Richard F Clough    mcdsclawyers@aol.com,

Edward W Dwyer    edwyer@hdzlaw.com, cwerts@hdzlaw.com

William A Geiser    geiserw@jbltd.com,

Keith L Gibson    gibsonk@jbltd.com,

J Michael Grier    mgrier@wtglaw.com, jklimek@wtglaw.com

Daniel C Murray    murrayd@jbltd.com,

John E Nolan    jnolan@hinshawlaw.com, km! cdonal@hinshawlaw.com

Thomas Gordon Safley    tsafley@hdzlaw.com, ptucker@hdzlaw.com

Kenneth A Slavens    Kslavens@bjpc.com, Cfischer@bjpc.com

Christopher K Snow    csnow@wtglaw.com

William S Thomas    thomas@rabbittlaw.com, welle@rabbittlaw.com

Daniel Tranen    TranenD@wemed.com,

and I hereby certify that on March 29, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Curt J Schlom, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
120 N LaSalle St
Ste 2600
Chicago, IL 60602

                /s/ Raylene DeWitte Grischow
                Name of Password Participant
                Hinshaw & Culbertson LLP
                400 S. 9th St., Suite 200
                Springfield, IL   62701
                Phone:  217-528-7375
                Fax: 217-528-0075
                E-mail:  rgrischow@hinshawlaw.com
                Attorney Bar No. 6257514

60131052v1 820034