E-FILED
Thursday, 21 April, 2005  10:21:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY (TDSCO.), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 03-3063 ) |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., D/B/A TERRACON CONSULTANTS, INC., BARRY SMITH ENTERPRISES, INC., LLOYD JONES CONSTRUCTION, ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC. AND HOG SLAT, INC., D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## *REQUEST FOR ADDITIONAL TIME*

Comes now plaintiff, Test Drilling Service Company (TDSCO), and requests with the consent of the defendants an additional thirty (30) days, up to and including May 21, 2005, in which to file the settlement documents with the Court. Plaintiff has retained independent counsel to review all the settlement paperwork, and to advise it as to the best manner to apportion the proceeds of the settlement, and it will take additional time to meet with all the investors and land owners involved in the process to obtain their signatures and approvals of the settlement paperwork.

      /s/ William S. Thomas
William S. Thomas   #6227180
Attorney for Plaintiff
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

    I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 21st day of April, 2005 to be served by operation of the Court's electronic filing system upon the following: Mr. Kenneth A. Slavens, Attorney for Defendant Envirotech, 1010 Market Street, 20th Floor, St. Louis, Missouri 63101-2270, Mr. J. Michael Grier and Mr. Christopher K. Snow, Co-Counsel for Defendant Terracon, 9401 Indian Creek Parkway, Suite 1100, Overland Park, Kansas 66210, Mr. Richard F. Clough and Ms. Anne N. Clough, Co-Counsel for Defendant Terracon, 524 N. Main Street, P.O. Box 71, Carrollton, Illinois 62016, Ms. Raylene DeWitte Grischow, Attorneys for Defendants Pig Improvement Co., Inc. and Agri-Waste, 400 South Ninth Street, Suite 200, Springfield, Illinois 62701-1908, Mr. Curt J. Schlom, Attorney for Hog Slat, Inc., 120 North LaSalle Street, Chicago, Illinois 60602, Mr. Edward W. Dwyer and Mr. Thomas G. Safley, Attorneys for The Hanor Company, Inc., 3150 Roland Avenue, P.O. Box 5776, Springfield, Illinois 62705-5776, Mr. William A. Geiser, Attorney for GSE Lining, 55 East Monroe Street, Suite 4100, Chicago, Illinois 60603-5896.

      /s/William S. Thomas