E-FILED
Wednesday, 01 June, 2005  04:12:15 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISCTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| Test Drilling Service Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 03-3063 |
| | ) |
| The Hanor Company, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

### **DEFENDANT'S JOINT MOTION FOR ADDITIONAL TIME**

COME NOW Defendants The Hanor Company, Inc. ("Hanor"), Pig Improvement Company, Inc. ("PIC"), Agri-Waste Technology, Inc. ("Agri-Waste"), Terracon, Inc. ("Terracon"), GSE Lining Technology, Inc. ("GSE") and Hog Slat Construction Co., Inc. ("Hog Slat") and hereby move this Court for additional time up to and including Monday, June 6, 2005 in which to file the settlement documents with this Court.

1. This Court had previously allowed the parties up to May 31, 2005 to file the settlement documents after a request for a ten (10) day extension from plaintiff.

2. The above-named defendants have received the settlement documents from plaintiff and are in the process of reviewing the same.

WHEREFORE, for these reasons, defendants Hanor, PIC, Agri-Waste, Terracon, GSE and Hog Slat respectfully request that this Court grant their motion for leave to file the settlement documents with this court up to and including June 6, 2005.

{00076464.DOC;}

Respectfully submitted,

/s/Christopher K. Snow

J. Michael Grier             IL #6275040
Christopher K. Snow          IL #6275951
WARDEN TRIPLETT GRIER
9401 Indian Creek Parkway, Suite 1100
Overland Park, KS 66210
(913) 345-5169; (913) 491-2979 (Facsimile)
*Attorneys for Defendant Terracon, Inc.,*

/s/Thomas G. Safley

Edward Dwyer, Esq.           IL #6197577
Thomas G. Safley, Esq.       IL #6271422
Hodge, Dwyer & Zeman
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705
*Attorneys for The Hanor Company, Inc.*

/s/John Nolan
Robert E. Gillespie, Esq.
John Nolan, Esq.             IL #6207472
Raylene D. Grischow, Esq.    IL #6257514
Hinshaw & Culbertson
400 S. Ninth Street, Suite 200
Springfield, IL 62701-1908
*Attorneys for Agri-Waste Technology, Inc. and Pig Improvement Co.*

/s/William A. Geiser

Daniel C. Murray
William A. Geiser            IL #6185599
Keith L. Gibson
Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603
*Attorneys for GSE Lining Technology, Inc.*

        /s/Curt J. Schlom

Curt J. Schlom      IL #6204308
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602
*Attorneys for Hog Slat, Inc. d/b/a Hog Slat Construction Company, Inc.*

## AFFIDAVIT OF SERVICE

The undersigned, on the 1st day of June, 2005, filed this document electronically with the court, which will send electronic notification to:

William S. Thomas, Esq.
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street
Suite 400
St. Louis, Missouri 63102-1821
*Attorneys for Plaintiff*

Kenneth A. Slavens, Esq.
Samuel Wendt, Esq.
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101-2000
*Attorneys for Envirotech Engineering & Consulting, Inc.*

        /s/ Christopher K. Snow
        Attorney