IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 03-CV-3063 |
| | ) |
| HANOR COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

FILED
JUN 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have United States Magistrate Judge Byron G. Cudmore conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

TEST DRILLING SERVICE COMPANY

_[signature]_
PLAINTIFF'S COUNSEL

2/25/05
DATE

HANOR COMPANY, INC.

_[signature]_
DEFENDANT'S COUNSEL

2/25/05
DATE

PIG IMPROVEMENT COMPANY, INC.

_[signature]_
DEFENDANT'S COUNSEL

2/25/05
DATE

AGRI-WASTE TECHNOLOGY, INC.

_Raylene DeWitte Grischow_
DEFENDANT'S COUNSEL

February 25, 2005
DATE

TERRACON, INC.

_[signature]_
DEFENDANT'S COUNSEL

2/25/05
DATE

ENVIROTECH ENG. & CONSULTING, INC.

_[signature]_
DEFENDANT'S COUNSEL

2/7/05
DATE

GSE LINING TECHNOLOGY, INC.

_____
DEFENDANT'S COUNSEL

_____
DATE

HOG SLAT, INC.

_____
DEFENDANT'S COUNSEL

2-25-05
_____
DATE

## ORDER OF REFERENCE

    IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Byron G. Cudmore for all further proceedings and the entry of judgment in accordance with Title 28, U.S.C. Section 636(c) and the foregoing consent of the parties.

June 10, 2005
_____
DATE

s/Jeanne E. Scott
_____
JEANNE SCOTT
UNITED STATES DISTRICT JUDGE