E-FILED
Tuesday, 21 June, 2005  11:23:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TEST DRILLING SERVICE COMPANY (TDSCO.), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 03-3063 ) |
| THE HANOR COMPANY, INC., PIG IMPROVEMENT CO., INC., AGRI-WASTE TECHNOLOGY, INC., TERRACON, INC., D/B/A TERRACON CONSULTANTS, INC., BARRY SMITH ENTERPRISES, INC., LLOYD JONES CONSTRUCTION, ENVIROTECH SERVICES, INC., GSE LINING TECHNOLOGY, INC. AND HOG SLAT, INC., D/B/A HOG SLAT CONSTRUCTION CO., INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## *STIPULATION FOR DISMISSAL WITH PREJUDICE*

It is hereby stipulated by and between plaintiff and defendants that all claims and causes of action, including any and all cross claims or counterclaims, against all parties shall be dismissed with prejudice and that each party shall bear their own court costs. The Court specifically reserves jurisdiction of this matter to enforce the settlement.

Witness our hands this 21st day of June, 2005.

1

   /s/ William S. Thomas
William S. Thomas   #6227180
Attorney for Plaintiff
RABBITT, PITZER & SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

The Hanor Company, Inc.
HODGE DWYER ZEMAN
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois  62705-5776
(217) 523-4900

Agri-Waste Technology, Inc.
Hinshaw & Culbertson
400 South Ninth Street
Springfield, Illinois  62701-1908
(217) 528-7375

GSE Lining Technology, Inc.
Johnson & Bell, Ltd.
Suite 4100
55 East Monroe Street
Chicago, Illinois  60603-5808
(312) 372-0770

Hog Slat, Inc., d/b/a Hog Slat
Construction Co., Inc.
Wilson, Elser, Moskowitz,
  Edelman & Dicker, L.L.P.
120 North LaSalle Street
26th Floor
Chicago, Illinois
(312) 704-0550

PIG Improvement Co., Inc.
Hinshaw & Culberston, LLP
400 South Ninth Street
Springfield, Illinois  62701-1908
(217) 528-7375

Terracon, Inc., d/b/a Terracon
Consultants, Inc.
Warden, Triplett, Grier
9401 Indian Creek Parkway, Suite 1100
Overland Park, Kansas  66210
(913) 345-5169

Envirotech Services, Inc.
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri  63101-2000
(314) 242-5205

2